UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

VICTORIA DICKS, on behalf of herself and all others similarly situated,

                Plaintiff,

  -against-

ABC APPLIANCE, INC.,

                Defendant,

_____

Case 1:22-cv-6636

*Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case. SO ORDERED.*

*June 8, 2023*

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: June 6, 2023

| | |
|---|---|
| By: _____<br>Mars Khaimov, Esq.<br>Mars Khaimov Law, PLLC<br>Attorney for Plaintiff<br>108-26 64th ave., Floor 2<br>Forest Hills, NY 11375<br>T: 929-324-0717<br>mars@khaimovlaw.com | By: _____<br>David Stein Esq.<br>Stein and Nieporent LLP<br>Attorney for Defendant<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>T: 212-308-3444<br>dstein@steinllp.com |